IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-01602 (RMC) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On September 11, 2007, I personally hand delivered a copy of the summons and complaint for the United States Department of Health and Human Services to their office at 200 Independence Avenue, S.W., Washington, D.C. 20201 and left them with Angela Hope, a legal assistant to the General Counsel therein.  I am 31 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

                                            Respectfully submitted,

                                            By_____/s/_____
                                            Jason D. Morgan
                                            4510 Riverdale Rd.
                                            Riverdale, MD 20737
Dated: September 14, 2007           Telephone: (805) 901-6938

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01602 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct. On September 11, 2007, I personally hand delivered a copy of the summons and complaint for the Assistant U.S. Attorney for the District of Columbia Jeffrey A. Taylor to his office at 501 3rd Street, N.W., Washington, D.C. 20530 and left them with Reginald Rowan, a legal assistant therein. I am 31 years of age and I am not a party to this case. The associated service cost was $1.35 for metro fare.

                                        Respectfully submitted,

                                        By_____/s/_____
                                        Jason D. Morgan
                                        4510 Riverdale Rd.
                                        Riverdale, MD 20737
Dated: September 14, 2007              Telephone: (805) 901-6938

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-01602 (RMC) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct. On September, 11, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney General Alberto Gonzales to the U.S. Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 and left them with Willo T. Lee, a mailroom clerk therein. I am 31 years of age and I am not a party to this case. The associated service cost was $1.35 for metro fare.

                                                  Respectfully submitted,

                                                  By_____/s/_____
                                                  Jason D. Morgan
                                                  4510 Riverdale Rd.
                                                  Riverdale, MD 20737

Dated: September 14, 2007          Telephone: (805) 901-6938