IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>        Defendant. | Civil Action No. 07-01602 (RMC) |

**MOTION FOR STAY OF PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiff moves for a 30-day stay of these proceedings to expire on October 22, 2007, to allow Defendant an opportunity to consider Plaintiff's agency appeal.

INTRODUCTION

On September 10, 2007, Richard D. Lieberman ("Plaintiff") filed this action seeking the disclosure of documents held by the United States Department of Health & Human Services ("Defendant" or "DHHS"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Plaintiff initially submitted his FOIA request to DHHS on June 27, 2007 and then filed an agency appeal of the request's deemed denial on July 25, 2007 after receiving no response.

On September 18, 2007, after this action had been filed and the statutory deadline for an agency ruling on Plaintiff's FOIA had passed, Plaintiff received a letter from Defendant denying Plaintiff's FOIA request, on the grounds that no responsive documents were in Defendant's possession. Plaintiff has in his possession a document from the Defense Logistics Agency ("DLA") tending to show that Defendant, indeed, has responsive documents in its possession.

On September 19, 2007, Plaintiff filed an appeal of the agency's September 18, 2007 decision and enclosed a copy of the DLA document. Pending resolution of this appeal, Plaintiff moves to have these proceedings stayed in hopes of reaching a swift conclusion to this matter without further litigation.

## BACKGROUND FACTS

By letter sent via certified mail on June 27, 2007 to Mr. Robert Eckert, the Freedom of Information Officer of DHHS, Plaintiff requested copies of: "one or more memoranda, letters, or written communications dated from about May 2007 to June 2007 between DLA Associate General Counsel Normand V. Lussier and the Department of Health and Human Services Inspector General's Office, concerning alleged wrongdoing on the part of ProSource Consulting, LLC ("ProSource") regarding a contract award made by the National Institutes of Health to ProSource. The communication(s) may also contain allegations of improper activities by ProSource in connection with its 8(a) small business status."

Neither a decision, nor the documents were received in response.

On July 25, 2007, pursuant to 5 U.S.C. § 552, Plaintiff appealed the deemed denial of his FOIA request to the Secretary of DHHS to make a determination by either producing the requested documents or issuing a denial. 5 U.S.C. § 552(a)(6)(A)(ii) states that an agency is

required to make a determination on a FOIA Appeal within 20 days, excepting weekends and public holidays. The VA failed to respond, providing neither a decision, nor the documents within the statutory 20 days.

On September 10, 2007, pursuant to 5 U.S.C. § 552(a)(4)(B), Plaintiff filed this action, praying that this court:

(1) Declare that Defendant's refusal to disclose the records requested by Plaintiff is unlawful;

(2) Order Defendant to make the requested records available to Plaintiff;

(3) Award Plaintiff his costs and reasonable attorneys fees in this action; and

(4) Grant such other and further relief as the Court may deem just and proper.

On September 18, 2007, Plaintiff received a decision from Defendant which states, "[t]he OIG could not locate any responsive documents. Therefore, your appeal regarding this Department's failure to respond to the FOIA request is closed, as it is moot." The decision notified Plaintiff that he had the right to appeal DHHS's finding that no records exist which were responsive to his request.

On September 19, 2007, Plaintiff submitted an agency appeal to DHHS which stated:

> I respectfully request that the Department re-conduct its search in light of the following information that I received from the Department of Defense. . . I attach DLA's complete response, which is one document. However, this document includes the following:
>
> "Department of Health and Human Services Offices of Inspector General
>
> This is a follow up to a referral to DCIS that DCIS then sent to HHS IG."
>
> The material received from DLA indicates that a referral was made to the HHS IG, and I seek the relevant documents as outlined in my original FOIA.

## CONCLUSION

In light of the above, Plaintiff moves for a 30-day stay of these proceedings to expire on October 22, 2007 to give the Defendant additional time to consider Plaintiff's agency appeal.

Respectfully Submitted,

_____/s/_____
RICHARD D. LIEBERMAN
D.C. BAR # 419303
McCarthy, Sweeney & Harkaway, P.C.
2175 K. Street, N.W., Suite 600
Dated: September 21, 2007     Washington, DC 20037

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>      Defendant. | Civil Action No. 07-01602 (RMC) |

**ORDER**

Plaintiff's motion for a stay of these proceedings for thirty days is granted.   This stay will expire on October 22, 2007.

**ORDERED** that the motion [Docket #3] is granted; it is

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
United States District Judge