# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN,<br>McCarthy, Sweeney & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, D.C. 20037,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>        Defendant. | Civil Action No. 07–1602 (RMC) |

## NOTICE OF APPEARANCE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel for Defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of September, 2007, the foregoing *Notice of Appearance* was served on plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

>Richard D. Lieberman, Esq.
>McCarthy, Sweeney, & Harkaway, P.C.
>2175 K Street, N.W.
>Suite 600
>Washington, DC  20037

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)