UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07–1602 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, United States Department of Health and Human Services, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint in this action.

Defendant requests that the deadline for responding to the Complaint be extended by thirty three (33) days, from October 11, 2007 to November 13, 2007.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local Civil Rule 7(m), on October 9, 2007, the undersigned counsel for the Defendant contacted the pro se Plaintiff, Richard D. Lieberman, Esq., and discussed this Motion. During that conversation, the *pro se* Plaintiff advised government counsel that he would not agree to a thirty three day enlargement, but only would consent to a fifteen day enlargement of time on Defendant's deadline for filing a response to Plaintiff's Complaint.  In support of this motion, Defendant avers the following:

1.  Plaintiff filed his Complaint in this action on September 10, 2007.  See Docket Entry No. 1.  Service was not perfected until September 11, 2007, when the United States, through the

United States Attorney's Office, was served with the Complaint. Because the present matter was filed pursuant to the Freedom of Information Act ("FOIA"), the Defendant has 30 days in which to respond to Plaintiff's Complaint. See 5 U.S.C. § 552(a)(4)(C). Consequently, Defendant's Answer or other Response to the Complaint is due by October 11, 2007.

2. This case was recently assigned to the undersigned counsel for Defendant. On October 5, 2007, the undersigned counsel had an initial, preliminary conversation with the agency counsel assigned to this matter.

3. The undersigned Counsel for Defendant will need some additional time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, obtain relevant documents and information from agency counsel, and prepare an appropriate response to Plaintiff's Complaint. The undersigned counsel anticipates that he may want to file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation.

4. Within the next thirty five (35) days, counsel for Defendant will have numerous briefing deadlines in his other cases, including: (1) a response to a Motion for Costs, or in the Alternative, for Reconsideration in Sample v. BOP, Civil Action No. 03-805 (D.D.C.); (2) an Answer or other Response to the Complaint in Isasi v. United States, Civil Action No. 06-2222 (D.D.C.); (3) an Answer or other Response to the Amended Complaint in Cooper v. EOUSA, Civil Action No. 07-744 (D.D.C.); (4) a Reply brief in Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.) ("Dews-Miller"), a complex case both in its procedural history and the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than 22 counts and 115 paragraphs); and (5) a Response to the Amended Complaint in Murthy v. Conner, Civil Action

No. 06-2208 (D.D.C.). During this period, he will also need to contend with discovery related deadlines in connection with two of his other cases: Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) and Delgado v. Gonzales, Civil Action No. 07-0256 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to November 13, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of October, 2007, the foregoing *Motion for Enlargement of Time* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Richard D. Lieberman, Esq.
>McCarthy, Sweeney, & Harkaway, P.C.
>2175 K Street, N.W.
>Suite 600
>Washington, DC  20037

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07–1602 (RMC) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until November 13, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Richard D. Lieberman, Esq.
McCarthy, Sweeney, & Harkaway, P.C.
2175 K Street, N.W.
Suite 600
Washington, DC  20037

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530