**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>   Defendant. | Civil Action No. 07-01602 (RMC) |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses the above action, and provides notice hereof.

                Respectfully Submitted,

                _____/s/_____
                RICHARD D. LIEBERMAN
                D.C. BAR # 419303
                McCarthy, Sweeney & Harkaway, P.C.
                2175 K. Street, N.W., Suite 600
Dated: October 29, 2007         Washington, DC 20037